# Court of Appeals
## Tenth Appellate District of Texas

10-26-00068-CV

Marcus Blalock,
Appellant

v.

James Polk,
Appellee

On appeal from the
County Court at Law of Navarro County, Texas
Senior Judge H. D. Black Jr., presiding
Trial Court Cause No. C24-32228-CV

JUSTICE HARRIS delivered the opinion of the Court.

**MEMORANDUM OPINION**

Appellant, Marcus Blalock, appealed from a judgment signed by the trial court on September 26, 2025. Blalock filed a motion to reconsider in the trial court on October 21, 2025, which was overruled by operation of law. Blalock filed a notice of appeal in the trial court on February 20, 2026. Blalock was notified by letter from the Clerk of this Court that the notice of appeal appears to be untimely and that the appeal would be dismissed for want of jurisdiction

if Blalock did not show grounds for continuing the appeal. Blalock has filed a response showing that he was attempting to get a hearing from the trial court but a hearing was never set until he found out that the motion had been overruled by operation of law.

A notice of appeal must be filed within 90 days after the judgment is signed when a motion to modify the judgment is timely filed. TEX. R. APP. P. 26.1(a). The deadline for filing a notice of appeal may be extended if a motion is filed to extend the deadline within 15 days of the deadline to file a notice of appeal. TEX. R. APP. P. 26.3. Beyond that time, the notice of appeal is untimely, and this Court is without jurisdiction to consider it.

In this appeal, the notice of appeal was due on December 29, 2025, due to holidays and weekends. The notice of appeal was filed almost two months later, and was therefore, untimely. Accordingly, this Court does not have jurisdiction and this appeal is dismissed for want of jurisdiction.

_____
LEE HARRIS
Justice

OPINION DELIVERED and FILED: March 19, 2026

Before Chief Justice Johnson,
    Justice Smith, and
    Justice Harris
Appeal dismissed
CV06

